**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN HANCOCK LIFE INS. CO.,** : | |
| : | |
| **Plaintiff,** : | **CIVIL NO. 3:15-cv-0648** |
| : | |
| v. : | |
| : | **(JUDGE MANNION)** |
| **BERTRAND ALBERT SCHROEDER,** : | |
| et al., : | |
| **Defendants.** : | |

# O R D E R

In light of the foregoing Memorandum, **IT IS HEREBY ORDERED THAT** plaintiff John Hancock's <u>original</u> request for entry of default and motion for discharge in interpleader, (Doc. 8), is **DENIED AS MOOT**. Plaintiff John Hancock's <u>amended</u> request for entry of default, (Doc. 25), is **GRANTED** with respect to defendant Bertrand Albert Schroeder. The response to the plaintiff's complaint, (Doc. 22), filed by defendant Damon Bertrand King and defendant Johnathan Vincent King is accepted as timely filed *nunc pro tunc.*

**DEFAULT IS HEREBY ENTERED AGAINST** defendant Bertrand Albert Schroeder regarding plaintiff John Hancock's complaint, (Doc. 1).

**IT IS ALSO ORDERED THAT** the plaintiff John Hancock's amended motion for discharge in interpleader, (Doc. 25), as to its complaint, (Doc. 1), is **GRANTED**.

**IT IS FURTHER ORDERED THAT**: plaintiff John Hancock, within fourteen (14) days of the date of this Order, shall deposit the proceeds of the death benefit of the Annuity Contract No. 55004336 to the Registry of the

Court, until the entry of a final judgment in this action and the expiration of any appeal period in connection therein; defendants are enjoined from commencing any actions against plaintiff John Hancock or asserting any claims in connection with the Annuity or related thereto; defendant Damon Bertrand King, individually, and as the POA of defendant Johnathan Vincent King, has interpleaded in this action a claim to the Annuity proceeds, and shall be the plaintiff herein; and plaintiff John Hancock is **DISCHARGED** from all liability in connection with, arising out of, or relating to the Annuity proceeds, subject only to its obligation to comply with any final, non-appealable judgment entered in this action.

**FINALLY, IT IS ORDERED THAT** after the Annuity proceeds are deposited into the Registry of the Court, plaintiff John Hancock is **DISMISSED** from this action. Damon Bertrand King, individually, and as the POA of Johnathan Vincent King, will then be docketed by the clerk of court as the plaintiff and Bertrand Albert Schroeder will be docketed as the defendant.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 8, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0648-01-Order.wpd