# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAMON BERTRAND KING and JONATHON VINCENT KING**, : : Plaintiffs, : : v. : : **BERTRAND ALBERT SCHROEDER** : : Defendant. : | CIVIL NO. 3:15-cv-0648 (JUDGE MANNION) |

# O R D E R

In light of the foregoing memorandum, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' motion for summary judgment, (Doc. 42), is **GRANTED**.

2. **JUDGMENT** is entered in favor of plaintiffs Damon Bertrand King and Johnathan Vincent King as the contingent beneficiaries of the death benefit of the Annuity, and against defendant Bertrand Albert Schroeder.

3. The Clerk of Court shall direct payment, care of plaintiffs' counsel, to plaintiff Damon Bertrand King, individually, and to plaintiff Johnathan Vincent King, individually, the remaining balance of the Annuity proceeds deposited in the Registry of the Court **within fourteen (14) days** of the date of this Order. Each plaintiff is to receive an equal share of the Annuity proceeds.

4. The Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**Date: January 12, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0648-02-ORDER.wpd